IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MONICA CURTEAN-GARLAND,                         3:13-cv-00501-HU

        Plaintiff,                                  ORDER

v.

WINCO HOLDINGS, INC., an Idaho
Corporation, et al.,

        Defendants.

MARSH, Judge

    Magistrate Judge Dennis Hubel issued his Findings and Recommendation on June 14, 2013, recommending that plaintiff's motion to remand be granted and this matter remanded to Multnomah County Circuit Court for further proceedings. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). No objections have been timely filed.

    When neither party objects to a Magistrate Judge's Findings and Recommendation, this court is relieved of its obligation to review the record *de novo*. <u>United States v. Reyna-Tapia</u>, 328 F.3d 1114, 1121 (9th Cir. 2003)(en banc); <u>see also</u> <u>United States v.</u>

1 - ORDER

Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, I find no error.

Accordingly, I ADOPT Magistrate Judge Hubel's Finding and Recommendation #16. IT IS ORDERED that plaintiff's motion to remand (#9) is GRANTED, and this action is remanded to Multnomah County Circuit Court for further proceedings.

IT IS SO ORDERED.

DATED this __8__ day of July, 2013.

*Malcolm F. Marsh*
Malcolm F. Marsh
United States District Judge